**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**HURRICANE SHOOTERS, LLC,**

    Plaintiff,

v.                                         Case No.  8:10-cv-762-T-30AEP

**EMI YOSHI, INC.,**

    Defendant.
_____/

**ORDER**

THIS CAUSE comes before the Court upon Defendant EMI Yoshi's Motion for Reconsideration of Denial of Its Motion for Summary Judgment (Dkt. 53) and Plaintiff's Memorandum of Law in Opposition (Dkt. 54).  Defendant's motion fails to set forth any meritorious basis for reconsideration.  In essence, Defendant's motion boils down to a request for the Court to reconsider its conclusion that the record contained material disputed facts on the issue of whether the specifications lacked an adequate description of the claimed inventions based on the same arguments set forth in Defendant's motion for summary judgment.  And the cases Defendant relies upon in its motion for reconsideration were issued prior to the Court's November 19, 2010 Order and do not negatively affect the case law cited in the Court's Order.

The Court also concludes that Defendant fails to provide any basis for the Court to certify an interlocutory appeal.  As Plaintiff points out, under Defendant's reasoning, every

patent case involving a claim of invalidity pursuant to 35 U.S.C. §112 would deserve interlocutory appellate consideration.

It is therefore ORDERED AND ADJUDGED that Defendant EMI Yoshi's Motion for Reconsideration of Denial of Its Motion for Summary Judgment (Dkt. 53) is hereby DENIED.

**DONE** and **ORDERED** in Tampa, Florida on January 11, 2011.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2010\10-cv-762mtreconsiderDkt54.frm