# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**HURRICANE SHOOTERS, LLC**

        Plaintiff,

v.                                           Case No. 8:10-cv-762-T-30AEP

**EMI YOSHI, INC.**

        Defendant.

_____

## JUDGMENT IN A CIVIL CASE

**Jury Verdict.**    This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, Hurricane Shooters, LLC, and against Defendant, EMI Yoshi, Inc. in the amount of $375,000.00.

Date: November 18, 2011                            SHERYL L. LOESCH, CLERK

                                                                     By: S. Boswell, Deputy Clerk