IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

HURRICANE SHOOTERS, LLC,

    Plaintiff,

v.                                    CASE NO. 8:10-CV-00762

EMI YOSHI, INC., a New Jersey
Corporation,

    Defendant.

_____/

## STIPULATION FOR DISSOLUTION
## OF PERMANENT INJUNCTION

Plaintiff HURRICANE SHOOTERS, LLC., and Defendant EMI YOSHI, INC., by and through undersigned counsel and pursuant to the Settlement Agreement entered between the parties, do hereby stipulate to the dissolution of the Permanent Injunction entered by the Court on November 18, 2011.

| /s/ Frank R. Jakes | /s/ Neil D. Kodsi |
|---|---|
| Frank R. Jakes, FBN 372226 | Neil D. Kodsi, FBN # 11255 |
| E-Mail: frankj@jpfirm.com | Email: nkodsk@aldermankodsi.com |
| JOHNSON, POPE, BOKOR, | Alderman & Kodsi |
|   RUPPEL & BURNS, P.A. | 9999 NE 2nd Avenue, Suite 211 |
| 403 E. Madison Street, 4th Floor | Miami Shores, FL 33138 |
| Tampa, FL 33602 | Phone: (305) 200-5473 |
| Telephone: (813) 225-2500 | Fax: (305) 200-5474 |
| Fax: (813) 223-7118 | |
| | Counsel for Defendant |
| Counsel for Plaintiff | |

147343